*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| JAMIE HICKS, *et al.* | | PLAINTIFFS |
| v. | NO. 3:03CV00256 JLH | |
| KVAERNER U.S., INC.<br>f/k/a Kvaerner Metals | | DEFENDANT |
| KVAERNER U.S., INC.<br>f/k/a Kvaerner Metals | | THIRD PARTY PLAINTIFF |
| v. | | |
| KVAERNER METALS CLECIM SA, *et al.* | | THIRD PARTY DEFENDANTS |

**ORDER**

On February 2, 2006, U.S. Magistrate Judge John F. Forster, Jr., conducted a settlement conference in this case. The parties reached a settlement, the terms of which were read onto the record and sealed by order of the Court.

IT IS THEREFORE ORDERED that the following motions are hereby denied as moot due to the settlement of this matter: plaintiffs' Omnibus Motion in Limine (Docket #62), plaintiffs' Motion in Limine to Exclude Evidence of the Absence of Other Accidents (Docket #63), plaintiffs' Motion in Limine to Preclude Undisclosed Demonstrative Evidence (Docket #64), plaintiffs' Motion in Limine to Prohibit Evidence of Fault on the Part of Decedent's Employer (Docket #65), plaintiffs' Motion to Exclude Opinions of Salvatore Malguarnera (Docket #66), plaintiffs' Motion to Exclude Opinion of Ronald C. Loyd (Docket #67), and defendant/third party plaintiff Kvaerner U.S., Inc.'s Motion in Limine (Docket #68).

IT IS SO ORDERED this 14th day of April, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE