IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMIE HICKS, et al.                                                                                    PLAINTIFFS

vs.                              NO: 3:03cv00256 JLH/ JFF

KVAERNER U.S., INC., et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 29th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE